UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PROXICOM WIRELESS, LLC,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

CASE NO.: 6:19-cv-01886-RBD-LRH

## STATUS REPORT

Plaintiff and Defendant in the above-captioned case provide notice, pursuant to this Court's Order staying this litigation (Dkt. No. 84), of the status of the related *inter partes* reviews before the Patent Trial and Appeal Board ("PTAB"). Defendant filed ten petitions for *inter partes* review challenging the asserted claims of the patents-in-suit between May 8 and June 1, 2020. Nine petitions were granted and one petition was denied, summarized below:

| Asserted U.S. Patent No. | Inter Partes Review | Institution Date | Expected Final Written Decision |
|---|---|---|---|
| 9,038,129 | IPR2020-00903 | November 10, 2020 | November 10, 2021 |
| 7,936,736 | IPR2020-00904 | November 10, 2020 | November 10, 2021 |
| 8,090,359 | IPR2020-00931, IPR2020-00932 | November 10, 2020 | November 10, 2021 |
| 8,374,592 | IPR2020-00933 | November 10, 2020 | November 10, 2021 |
| 8,385,896 | IPR2020-00934 | December 4, 2020 | December 4, 2021 |
| 8,369,842 | IPR2020-00977 | December 4, 2020 | December 4, 2021 |
| 8,116,749 | IPR2020-00978 | Institution Denied | |
| 9,161,164 | IPR2020-00979 | December 4, 2020 | December 4, 2021 |
| 8,385,913 | IPR2020-00980 | December 4, 2020 | December 4, 2021 |

1

Respectfully submitted on May 3, 2021,

| | |
|---|---|
| /s/  *Aaron R. Hand*  <br>Taylor F. Ford<br>Florida Bar No.: 0041008<br>Dustin Mauser-Claassen<br>Florida Bar No.: 0119289<br>KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.<br>P.O. Box 1631<br>Orlando, FL 32802-1631<br>Telephone:  (407) 422-2472<br>Facsimile:  (407) 648-0161<br>Email: tford@kbzwlaw.com<br>Email: dmauser@kbzwlaw.com<br><br>Denise M. De Mory (Pro Hac Vice)<br>Aaron R. Hand (Pro Hac Vice)<br>BUNSOW DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>Telephone:  (650) 351-7248<br>Facsimile:  (650) 351-7253<br>Email: ddemory@bdiplaw.com<br>Email: ahand@bdiplaw.com<br><br>*Counsel for Plaintiff Proxicom Wireless, LLC* | /s/  *James L. Davis, Jr.*  <br>Dennis P. Waggoner<br>Florida Bar No. 509426<br>HILL, WARD & HENDERSON, P.A.<br>101 East Kennedy Blvd., Suite 3700<br>Tampa, Florida 33602<br>Telephone: (813) 221-3900<br>Facsimile: (813) 221-2900<br>Email: dennis.waggoner@hwhlaw.com<br><br>James R. Batchelder (*pro hac vice*)<br>James L. Davis, Jr. (*pro hac vice*)<br>Monica Ortel (*pro hac vice*)<br>ROPES & GRAY LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4000<br>Facsimile: (650) 617-4090<br>Email: james.batchelder@ropesgray.com<br>Email: james.l.davis@ropesgray.com<br>Email: monica.ortel@ropesgray.com<br><br>Josef B. Schenker (*pro hac vice*)<br>Cassandra Roth (*pro hac vice*)<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>Email: josef.b.schenker@ropesgray.com<br>Email: cassandra.roth@ropesgray.com<br><br>*Counsel for Defendant Target Corporation* |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on May 3, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

/s/   *Monica Ortel*
Monica Ortel