UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PROXICOM WIRELESS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | CASE NO.: 6:19-cv-01886-RBD-LRH |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF PROXICOM

King, Blackwell, Zehnder & Wermuth, P.A. and its counsel Taylor F. Ford and Dustin Mauser-Claassen ("KBZW Counsel"), pursuant to Local Rule 2.02, hereby request this Court enter an order permitting their withdraw as counsel for Plaintiff Proxicom Wireless, LLC ("Proxicom"), and state:

KBZW Counsel seek to withdraw as counsel for Proxicom in this action. Proxicom will continue to be represented by Denise M. De Mory and Aaron R. Hand of Bunsow De Mory LLP.

Local Rule 2.02(c) provides that counsel may withdraw following either fourteen days' notice to the client or client consent. The undersigned certifies that Proxicom has consented to KBZW Counsel's withdrawal as its counsel.

KBZW Counsel have also conferred with opposing counsel and Defendant Target Corporation does not oppose this motion.

**WHEREFORE**, King, Blackwell, Zehnder & Wermuth, P.A. and its counsel Taylor F. Ford and Dustin Mauser-Claassen respectfully request that this Court enter an order granting this motion and permitting them to withdraw from this action as counsel of record for Proxicom.

## LOCAL RULE 3.01(g) CERTIFICATION

**I HEREBY CERTIFY** that undersigned counsel conferred with counsel for Defendant Target Corporation on July 29, 2021 in accordance with M.D. Fla. Local Rule 3.01(g) and that Defendant Target Corporation does not oppose the relief requested in this motion. The conferral occurred via email.

Dated:  July 30, 2021

                Respectfully submitted,

                /s/ Taylor F. Ford
                Taylor F. Ford
                Florida Bar No.: 0041008
                Dustin Mauser-Claassen
                Florida Bar No.: 0119289
                KING, BLACKWELL, ZEHNDER
                & WERMUTH, P.A.
                25 E. Pine St.
                P.O. Box 1631
                Orlando, FL 32802-1631
                Telephone: (407) 422-2472
                Facsimile: (407) 648-0161
                Email:  tford@kbzwlaw.com
                Email:  dmauser@kbzwlaw.com

                Denise M. De Mory (*Pro Hac Vice*)
                Aaron R. Hand (*Pro Hac Vice*)
                BUNSOW DE MORY LLP
                701 El Camino Real
                Redwood City, CA 94063

Telephone: (650) 351-7248
Facsimile: (650) 351-7253
Email: ddemory@bdiplaw.com
Email: ahand@bdiplaw.com

*Counsel for Plaintiff Proxicom Wireless, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on July 30, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Taylor F. Ford
Taylor F. Ford
Florida Bar No.: 0041008