**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PROXICOM WIRELESS, LLC,**

      **Plaintiff,**

v.                                                      **Case No: 6:19-cv-1886-RBD-LRH**

**TARGET CORPORATION,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF PROXICOM (Doc. 98)**
>
> **FILED:** **July 30, 2021**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Taylor F. Ford, Esq. and Dustin Mauser-Claassen, Esq. withdraw as counsel of record for Plaintiff. (Doc. 98). Plaintiff remains represented by other counsel of record.

**DONE** and **ORDERED** in Orlando, Florida on August 2, 2021.

*/s/ Leslie R. Hoffman*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record