UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PROXICOM WIRELESS, LLC,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

CASE NO.: 6:19-cv-01886-RBD-LRH

## STATUS REPORT

Plaintiff and Defendant in the above-captioned case provide notice, pursuant to this Court's Order staying this litigation (Dkt. No. 84), of the status of the related *inter partes* reviews before the Patent Trial and Appeal Board ("PTAB"). Defendant filed ten petitions for *inter partes* review challenging the asserted claims of the patents-in-suit between May 8 and June 1, 2020. Nine petitions were granted and one petition was denied, summarized below:

| Asserted U.S. Patent No. | Inter Partes Review | Institution Date | Expected Final Written Decision |
|---|---|---|---|
| 9,038,129 | IPR2020-00903 | November 10, 2020 | November 10, 2021 |
| 7,936,736 | IPR2020-00904 | November 10, 2020 | November 10, 2021 |
| 8,090,359 | IPR2020-00931, IPR2020-00932 | November 10, 2020 | November 10, 2021 |
| 8,374,592 | IPR2020-00933 | November 10, 2020 | November 10, 2021 |
| 8,385,896 | IPR2020-00934 | December 4, 2020 | December 4, 2021 |
| 8,369,842 | IPR2020-00977 | December 4, 2020 | December 4, 2021 |
| 8,116,749 | IPR2020-00978 | Institution Denied | |
| 9,161,164 | IPR2020-00979 | December 4, 2020 | December 4, 2021 |
| 8,385,913 | IPR2020-00980 | December 4, 2020 | December 4, 2021 |

1

Respectfully submitted on August 2, 2021,

/s/ *Aaron R. Hand*
Taylor F. Ford
Florida Bar No.: 0041008
Dustin Mauser-Claassen
Florida Bar No.: 0119289
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
Email: tford@kbzwlaw.com
Email: dmauser@kbzwlaw.com

Denise M. De Mory (Pro Hac Vice)
Aaron R. Hand (Pro Hac Vice)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (650) 351-7253
Email: ddemory@bdiplaw.com
Email: ahand@bdiplaw.com

*Counsel for Plaintiff Proxicom Wireless, LLC*

/s/ *James L. Davis, Jr.*
Dennis P. Waggoner
Florida Bar No. 509426
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Tampa, Florida 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
Email: dennis.waggoner@hwhlaw.com

James R. Batchelder (*pro hac vice*)
James L. Davis, Jr. (*pro hac vice*)
Monica Ortel (*pro hac vice*)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
Email: james.batchelder@ropesgray.com
Email: james.l.davis@ropesgray.com
Email: monica.ortel@ropesgray.com

Josef B. Schenker (*pro hac vice*)
Cassandra Roth (*pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: josef.b.schenker@ropesgray.com
Email: cassandra.roth@ropesgray.com

*Counsel for Defendant Target Corporation*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on August 2, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

/s/ *Monica Ortel*
Monica Ortel