UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PROXICOM WIRELESS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | CASE NO.: 6:19-cv-01886-RBD-LRH |

**DEFENDANT TARGET CORPORATION'S**
**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 2.02(c), Ropes & Gray LLP ("Ropes & Gray"), on behalf of Defendant Target Corporation ("Target"), hereby moves to withdraw the appearance of Monica Ortel as counsel for Target. Ms. Ortel will not be affiliated with Ropes & Gray as of October 27, 2021. Target will continue to be represented by James R. Batchelder, James L. Davis, Jr., Josef B. Schenker, and Cassandra Roth of Ropes & Gray LLP, as well as Dennis P. Waggoner of Hill, Ward, & Henderson, P.A.

The undersigned certifies that counsel for Plaintiff were notified of Target's intent to file the instant motion to withdraw, and who indicated that Plaintiff does not object to or oppose this motion. Pursuant to Local Rule 2.02(c)(1)(B)(i), Target consents to Ms. Ortel's withdrawal.

Respectfully submitted on October 22, 2021,

/s/  *Monica Ortel*
Dennis P. Waggoner
Florida Bar No. 509426
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Tampa, Florida 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
Email: dennis.waggoner@hwhlaw.com

James R. Batchelder (*pro hac vice*)
James L. Davis, Jr. (*pro hac vice*)
Monica Ortel (*pro hac vice*)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
Email: james.batchelder@ropesgray.com
Email: james.l.davis@ropesgray.com
Email: monica.ortel@ropesgray.com

Josef B. Schenker (*pro hac vice*)
Cassandra Roth (*pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: josef.b.schenker@ropesgray.com
Email: cassandra.roth@ropesgray.com

*Counsel for Defendant Target Corporation*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on October 22, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

/s/   *Monica Ortel*
Monica Ortel