# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PROXICOM WIRELESS, LLC,

    Plaintiff,

v.                                Case No:   6:19-cv-1886-RBD-LRH

TARGET CORPORATION,

    Defendant.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT TARGET CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE (Doc. 102)
>
> **FILED:** October 22, 2021
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

Monica Ortel, Esq. withdraws as counsel of record for Defendant. (Doc. 102). Defendant remains represented by several other counsel of record. (*Id.*).

---

[1] The Court notes that Defendant's motion does not comply with the typography requirements set forth in Local Rule 1.08. Given the recent changes to the Local Rules, the Court will accept the filing but cautions that future filings must comply with the current version of the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on October 26, 2021.

*/s/ Leslie R. Hoffman*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record