UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PROXICOM WIRELESS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | CASE NO.:  6:19-cv-01886-RBD-LRH |

## NOTICE UPON RESOLUTION OF CERTAIN OF DEFENDANT'S PETITIONS FOR *INTER PARTES* REVIEW

Plaintiff and Defendant in the above-captioned case provide notice, pursuant to this Court's Order staying this litigation (Dkt. No. 84), of the resolution of some of Defendant's related petitions for *inter partes* review before the Patent Trial and Appeal Board ("PTAB"). Defendant filed ten petitions for *inter partes* review challenging the asserted claims of the patents-in-suit between May 8 and June 1, 2020. Of Target's original petitions, nine petitions were granted and one petition was denied. The PTAB entered Final Written Decisions last week in the first five proceedings.

**Plaintiff's Statement**: Following the PTAB's entry of the first five Final Written Decisions last week, six claims in two patents were upheld by the PTAB. Therefore, three patents—U.S. Patent Nos. 8,116,749, 8,090,359, and 8,374,592— have remaining claims asserted in this litigation that were not invalidated through

the IPR process. Final Written Decisions remain forthcoming in the four remaining proceedings.

**Defendant's Statement**: Of the patents and claims addressed in last week's final written decisions, the PTAB held that 62 claims in four patents were shown to be unpatentable and six claims in two of those patents were not shown to be unpatentable. Among the claims asserted in this litigation, the PTAB has found:

- U.S. Patent No. 7,936,736: all 13 asserted claims unpatentable;

- U.S. Patent No. 8,090,359: 27 asserted claims unpatentable and 2 asserted claims not unpatentable;

- U.S. Patent No. 8,374,592: 4 asserted claims unpatentable and 3 asserted claims not unpatentable; and

- U.S. Patent No. 9,038,129: all 15 asserted claims unpatentable.

The parties' deadlines for requesting rehearing or Director review of or appealing these five decisions are set for December and January as indicated below.

## Further Joint Statement

On November 8, 2021, the PTAB issued Final Written Decisions (Exs. A-E) in five of the granted petitions, as summarized below:

| Asserted U.S. Patent No. | *Inter Partes* Review | Claims Found Unpatentable | Claims Found Not Unpatentable |
|---|---|---|---|
| 9,038,129 | IPR2020-00903 | 1–5, 7, 10, 11, 16–20, 25, 26 | None |
| 7,936,736 | IPR2020-00904 | 1, 5–8, 10, 12, 14, 15, | None |

|           |               | 18, 20–22                           |              |
|-----------|---------------|-------------------------------------|--------------|
| 8,090,359 | IPR2020-00931 | 1–5, 14–18, 27, 31, 36, 42, 48, 49, 52–55 | 37, 43 |
|           | IPR2020-00932 | 9, 22, 28, 35, 38–41, 51           | None         |
| 8,374,592 | IPR2020-00933 | 19–23                               | 25, 26, 28, 29 |

The deadline to request rehearing or USPTO Director review of these decisions is December 8, 2021. If no request for rehearing or review is filed, the deadline to appeal these decisions is January 11, 2022. If a request for rehearing or review is filed, the deadline for appeal is 63 days after the request is ruled upon.

The Final Written Decisions in the remaining four granted petitions are expected by December 4, 2021, as summarized below:

| Asserted U.S. Patent No. | *Inter Partes* Review | Institution Date | Expected Final Written Decision |
|--------------------------|-----------------------|------------------|--------------------------------|
| 8,385,896                | IPR2020-00934         | December 4, 2020 | December 4, 2021               |
| 8,369,842                | IPR2020-00977         | December 4, 2020 | December 4, 2021               |
| 9,161,164                | IPR2020-00979         | December 4, 2020 | December 4, 2021               |
| 8,385,913                | IPR2020-00980         | December 4, 2020 | December 4, 2021               |

On December 4, 2020, the PTAB denied institution of the following IPR:

| Asserted U.S. Patent No. | *Inter Partes* Review | Institution Date | Expected Final Written Decision |
|--------------------------|-----------------------|------------------|--------------------------------|
| 8,116,749                | IPR2020-00978         | Institution Denied                                 ||

3

Respectfully submitted on November 18, 2021,

/s/  Aaron R. Hand
Denise M. De Mory (Pro Hac Vice)
Aaron R. Hand (Pro Hac Vice)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone:  (650) 351-7248
Facsimile:  (650) 351-7253
Email: ddemory@bdiplaw.com
Email: ahand@bdiplaw.com

*Counsel for Plaintiff Proxicom Wireless, LLC*

/s/  James L. Davis, Jr.
Dennis P. Waggoner
Florida Bar No. 509426
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Tampa, Florida 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
Email: dennis.waggoner@hwhlaw.com

James R. Batchelder (*pro hac vice*)
James L. Davis, Jr. (*pro hac vice*)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
Email: james.batchelder@ropesgray.com
Email: james.l.davis@ropesgray.com

Josef B. Schenker (*pro hac vice*)
Cassandra Roth (*pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: josef.b.schenker@ropesgray.com
Email: cassandra.roth@ropesgray.com

*Counsel for Defendant Target Corporation*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on November 18, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

/s/ *Cassandra Roth*
Cassandra Roth
